UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LAWRENCE GENE MORTON and TRUDI MARLENE MORTON, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN LUNDE; JIM CRUSE; STEVE CORBY; and BONNER COUNTY DETENTION CENTER DEPUTIES HARRISON; PULFORD; WISE; and CABLE; and their Employer, BONNER COUNTY, IDAHO; and JOHN DOES 1-10,<br><br>Defendants. | Case No. CV 06-175-N-EJL<br><br>**JUDGMENT** |

Based upon this Court's Order, dated June 19, 2007, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs take nothing from the Defendants and this case is **DISMISSED IN ITS ENTIRETY**.

DATED: **June 19, 2007**

~~Honora~~ble Edward J. Lodge
U. S. District Judge

**JUDGMENT - 1**